# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00620-CR

**Henry Gonzales, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
NO. D-1-DC-12-904023, HONORABLE KAREN SAGE, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was due on August 19, 2013. On August 19, appellant filed his fifth motion for extension of time to file his brief, asking for an additional ten days. We grant the motion, extending the deadline to August 29, 2013, but caution counsel that failure to file the brief by August 29 will result in the referral of this case to the trial court for a hearing under rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on August 23, 2013.

Before Chief Justice Jones, Justices Pemberton and Field

Do Not Publish